IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00248-RJC-SCR

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | <u>ORDER</u> |
| MARVIN WILFREDO QUINTILLA, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 3), the Indictment, (Doc. No. 1), without prejudice. Since the return of the Indictment in 2019, the defendant has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 3), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: August 6, 2024

Robert J. Conrad, Jr.
United States District Judge